■ PETER TUFFO et al., Appellants, v RED COACH REALTY, INC., et al., Respondents.—Order unanimously affirmed without costs. Memorandum: Special Term properly granted summary judgment to defendants and denied plaintiffs' cross motion to vacate an order of preclusion entered upon plaintiffs' failure to respond timely to defendants' demand for a bill of particulars. Plaintiff Peter Tuffo's medical excuse for failure to comply was not verified and, in any event, was legally insufficient *(see, Le Frois Foods Corp. v Aetna Ins. Co.,* 47 AD2d 994). Since the information requested in defendants' demand for a bill of particulars related to every aspect of plaintiffs' claims, the preclusion order effectively prevented plaintiffs from establishing a prima facie case. Accordingly, summary judgment dismissing the complaint was proper *(see, Centenni v St. Peter of Alcantara,* 99 AD2d 525, *lv denied* 63 NY2d 605; *Gerr v Weissberg,* 62 AD2d 931, *affd* 47 NY2d 730; *DeJohn v Winkelman Co.,* 53 AD2d 1049). (Appeal from order of Supreme Court, Monroe County, Bergin, J.—summary judg-

ment.) Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.